IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            No.  CV 15-608 WJ/WPL
                                                CR 14-455 WJ

CASEY LAMOTTE,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed October 27, 2015. (Doc. 10.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed.  To this date, no objections have been filed.

Additionally, the court entered an Order to Show Cause directing Casey LaMotte to show cause in writing why his case should not be dismissed for failure to comply with District of New Mexico Local Rule 83.6 and indicating that failure to respond to the Order by December 1, 2015, would constitute an independent basis for dismissing the case. (Doc. 12.) Copies of the Order to Show Cause and the PFRD were mailed to LaMotte at his address of record with the Bureau of Prisons. LaMotte has not responded to the Order, updated his contact information as required by Local Rule 83.6, or objected to the PFRD.

      IT IS THEREFORE ORDERED that:

      1) the PFRD is adopted as an order of the Court;

2

    2) the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 by a Person in Federal Custody is denied;

    3) this cause is dismissed with prejudice; and

    4) a certificate of appealability is denied.

_____
**UNITED STATES DISTRICT JUDGE**